UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **ANGELA ADAMS LICENSING LLC,** ) <br> ) <br> **Plaintiff** ) <br> ) <br> v. ) <br> ) <br> **WAL-MART STORES, INC., et al.,** ) <br> ) <br> **Defendants** ) <br> ) | No. 2:11-cv-05-GZS |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on September 29, 2011, his Recommended Decision (Docket No. 64). Defendant Homestead International Group LTD. filed its Objection to the Recommended Decision (Docket No. 67) on October 13, 2011. Plaintiff filed its Response to Defendant's Objection to the Recommended Decision (Docket No. 74) on October 31, 2011.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2.  It is hereby **ORDERED** that the Motion to Dismiss (Doc. No. 24) filed by Defendant Homestead International Group LTD. Is **DENIED**.


                /s/George Z. Singal_____
                U.S. District Judge

Dated this 3rd day of November, 2011.