UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ANGELA ADAMS LICENSING, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Docket no. 2:11-cv-00005-GZS |
| | ) |
| WAL-MART STORES, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**ORDER & REPORT OF CONFERENCE**

In accordance with the Procedural Order (ECF No. 99), the Court held a conference of counsel on July 24, 2012. Attorneys Margaret O'Keefe and Robert Stier appeared by telephone for Plaintiffs. Attorneys Alison Carlson and James Goggin appeared by telephone for Defendants. Following the Conference, the Court hereby ORDERS that the following procedure be followed in connection with Defendants' motion for summary judgment:

On or before **August 14, 2012**, the parties shall file a joint stipulated record using the "Stipulated Record" event in CM/ECF. The first page shall consist of a list describing each exhibit submitted and each exhibit shall then be clearly labeled and separately attached to this filing. The joint record may include any exhibits and depositions (including any exhibits to the depositions) that all sides agree will be referenced in the statements of material facts. The submission of a stipulated record does not prevent either side from submitting additional documents with their respective statement of material facts. Additionally, the Court encourages the parties to file stipulations of fact as part of the joint record. The Court reminds the parties that they are free to indicate that any such stipulations are admissions solely for purposes of the

to-be-filed motion for summary judgment.  See D. Me. Local Rule 56(g).  Any stipulations submitted as part of the joint record will be considered by the Court in ruling on the motions and need not be reiterated or referenced in the statements of material fact.

On or before **August 21, 2012**, Defendants shall file their motion for summary judgment. Defendants sought leave to exceed the page limit, and the Court GRANTS Defendants' request. Defendants' motion for summary judgment shall not exceed forty (40) pages.

On or before **September 11, 2012**, Plaintiff shall file its response, which shall not exceed forty (40) pages.

On or before **September 25, 2012**, Defendants shall file their reply, which shall not exceed ten (10) pages.

As discussed at the conference, the parties will file any motions in *limine* on the same schedule.

As also discussed at the conference, the parties may submit motions to seal documents pursuant to the guidelines set forth in D. Me. Local Rule 7A.

The Court also expects the parties' filings will comply with all aspects of Local Rule 56, including Local Rule 56(b) concerning statements of material fact, Local Rule 56(c) concerning opposing statements of material facts, and Local Rule 56(d) concerning reply statements of material facts.  Each side may file a statement of material fact not to exceed two hundred and fifty (250) separately numbered paragraphs.  The parties are reminded that Local Rule 56(f) requires specific record citations for all facts submitted in a statement of material facts.  Absent a specific citation, the Court has no duty to consider any part of the record submitted.  To the extent that any party qualifies or denies a statement based on a pending motion in *limine*, the denial or qualification shall explicitly reference the pending motion.

SO ORDERED.

                                                   /s/ George Z. Singal  
                                                   United States District Judge

Dated this 24th day of July, 2012.