UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| ANGELA ADAMS LICENSING, LLC,   ) | |
| ) | |
|     Plaintiff   ) | |
| ) | |
| v.   ) | No. 2:11-cv-05-GZS |
| ) | |
| WAL-MART STORES, INC., et al.,   ) | |
| ) | |
|     Defendant   ) | |
| ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on December 28, 2012, his Recommended Decision (ECF No. 179). Defendants Homestead International Group Ltd, Keeco, LLC, and LF USA Inc. filed their Objection to the Recommended Decision (ECF No. 181) on January 14, 2013. Plaintiff filed its Opposition to Defendants' Objection to the Recommended Decision (ECF No. 182) on January 31, 2013.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 133)[1] is **DENIED**.

/s/George Z. Singal_____
U.S. District Judge

Dated this 5th day of February, 2013.

---

[1] ECF No. 135 is unredacted and sealed from public view and relates to ECF No. 133 which is Defendant's *redacted* Motion for Summary Judgment.